TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00384-CV






In re Unitrin County Mutual Insurance Company f/k/a Charter County

Mutual Insurance Company, named as Financial Indemnity Company






ORIGINAL PROCEEDING FROM HAYS COUNTY




O R D E R


PER CURIAM

 

 Relator's motion for emergency relief is granted. Accordingly, the trial court's
order dated May 4, 2010, compelling relator to produce documents listed in its first and
second supplemental privilege lots, is stayed pending this Court's disposition of relator's petition for
writ of mandamus.

 It is ordered July 2, 2010.



Before Chief Justice Jones, Justices Puryear and Henson